UNITED STATES of America,
Plaintiff-Appellee,

v.

Gosada MUNOZ, a.k.a. Vincecio Duke, a.k.a. Agapito Godines, a.k.a. Martin Godines, a.k.a. Agapito Gosada, a.k.a. Marcos Martinez, a.k.a. Rolando Martinez, a.k.a. Jose Moran, a.k.a. Agapito Munoz, a.k.a. Gasada Munoz, a.k.a. Gosada Guanerges Munoz, a.k.a. Gosada Guaners Munoz, a.k.a. Gosoda Munoz, a.k.a. Antonio Nunez, a.k.a. Marcos Ortega, a.k.a. Morcus Ortega, a.k.a. Javier Ramirez, a.k.a. Jose Luis Rodriguez, a.k.a. Daniel Romeo, a.k.a. Tiny, a.k.a. Tiny Locos, Defendant-Appellant,

No. 16-50019

United States Court of Appeals, Ninth Circuit.

Submitted April 11, 2017 *

Filed April 18, 2017

Jean-Claude Andre, L. Ashley Aull, Assistant U.S. Attorneys, DOJ—Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff-Appellee

Russell S. Babcock, Attorney, Law Office of Russell Babcock, San Diego, CA, for Defendant-Appellant

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

## MEMORANDUM **

Gosada Munoz challenges the 60-month sentence imposed upon remand following his guilty-plea conviction for being a felon in possession of firearms and ammunition, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Munoz contends that the district court procedurally erred by failing to consider and respond to his mitigating arguments and explain the sentence. We review for plain error. *See United States v. Valencia-Barragan*, 608 F.3d 1103, 1108 (9th Cir. 2010). The record reflects that the district court listened to Munoz's arguments and explained that it had reviewed the 18

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

---

U.S.C. § 3553(a) factors in imposing the below-Guidelines sentence. The court's failure to do more was not plain error. *See id.*

**AFFIRMED.**